```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF GEORGIA
                          AUGUSTA DIVISION
```

MERCHANTS CREDIT BUREAU, INC., \*
As Assignee of AP Surgery         \*
Center,                           \*
                                  \*
    Plaintiff,             \*
                                  \*
    v.                     \*     1:15-cv-124
                                  \*
JONATHAN MORRIS,                  \*
                                  \*
    Defendant/Third-party  \*
Plaintiff,                        \*
                                  \*
                                  \*
    v.                     \*
                                  \*
BLUE CROSS BLUE SHIELD OF         \*
SOUTH CAROLINA,                   \*
                                  \*
    Third-party Defendant. \*
                                  \*

## O R D E R

On January 5, 2016, Third-party Plaintiff Jonathan Morris filed a "Voluntary Dismissal with Prejudice." (Doc. 15). That filing purported to voluntarily dismiss Third-party Defendant Blue Cross Blue Shield of South Carolina with prejudice, presumably pursuant to Federal Rule of Civil Procedure 41(c)(1), which provides that a claimant may voluntarily dismiss claims before a responsive pleading is served. Before this case was removed to this Court, Blue Cross Blue Shield answered the third-party complaint. (Doc. 1, Ex. 1 at 49). Accordingly, voluntary dismissal under Federal Rule of Civil Procedure

41(c)(1) is not proper. Instead, Third-party Plaintiff must file a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); see 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2374 (noting that "the other subdivisions of Rule 41, which state the procedure for and the consequences of voluntary and involuntary dismissals, apply to the dismissal of a counterclaim, a cross-claim, or a third-party claim."). Third-party Plaintiff's request for voluntary dismissal is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA